# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| No. 20-1068 | September Term, 2021 |
| | DOE-85FR1592 |
| | **Filed On:** June 1, 2022 |

American Public Gas Association,

    Petitioner

    v.

United States Department of Energy,

    Respondent

------------------------------

American Gas Association, et al.,
    Intervenors

------------------------------

Consolidated with 20-1072, 20-1100

    **BEFORE:**    Srinivasan, Chief Judge; Jackson*, Circuit Judge; and Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of petitioners' joint motion to vacate DOE's Final Rule pursuant to the Court's prior order, the oppositions thereto, and the joint reply, it is

**ORDERED** that the joint motion to vacate be denied. <u>See</u> D.C. Cir. Rule 41(b).

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Anya Karaman
            Deputy Clerk

\* Circuit Judge Jackson did not participate in this matter.